IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
MAY 17 2022
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR 22-192 D |
| SONNY LAUREN HARMON, | ) ) | Violations: 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
**(Drug Conspiracy)**

From on or about April 23, 2022, through on or about April 27, 2022, in the Western District of Oklahoma and elsewhere,

---------------------------------- **SONNY LAUREN HARMON** --------------------------------

knowingly and intentionally conspired, combined, confederated, and agreed with others, both known and unknown to the Grand Jury, to interdependently possess with intent to distribute and to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2
**(Possession of Methamphetamine with Intent to Distribute)**

On or about April 27, 2022, in the Western District of Oklahoma,

-------------------------------- **SONNY LAUREN HARMON** --------------------------------

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 3
**(Felon in Possession of a Firearm)**

On or about April 27, 2022, in the Western District of Oklahoma,

-------------------------------- **SONNY LAUREN HARMON,** --------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Mauser, model Luger P08, 9x19mm caliber pistol, bearing serial number 8075q, which was in and affecting interstate commerce in that said firearm had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of any of the offenses alleged in Counts 1 or 2 of this Indictment, **SONNY LAUREN HARMON** shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offenses.

Upon conviction of the offense alleged in Count 3 of the Indictment, **SONNY LAUREN HARMON** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Mauser, model Luger P08, 9x19mm caliber pistol, bearing serial number 8075q; and

2. any and all ammunition and magazines not specified herein.

All pursuant to Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

THOMAS B. SNYDER
Assistant United States Attorney